**Dennis R. ZIMMERMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58556.**

Missouri Court of Appeals, Western District.

April 3, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied June 26, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and HOWARD, JJ.

### Order

PER CURIAM.

Dennis R. Zimmerman appeals from the motion court's denial of his Rule 29.15 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).